UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENDRI MALDONADO-ZAPON,  )
                         )
         Plaintiff,      )   Case No. 1:05-cv-412
                         )
v.                       )   Honorable Gordon J. Quist
                         )
UNKNOWN CROMPTON et al., )
                         )
         Defendants.     )
_____)

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Dated: September 23, 2005            s/Gordon J. Quist
                                     Gordon J. Quist
                                     United States District Judge